UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC D. DAWSON, | No. 2:19-cv-0856 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| T. BEEBY, et al., | |
| Defendants. | |

On September 3, 2019, plaintiff filed a motion seeking leave to file an amended complaint. Since this matter is stayed pending a settlement conference occurring November 5, 2019, IT IS HEREBY ORDERED that the motion to amend (ECF No. 22) is denied without prejudice to refiling after the stay is lifted. Plaintiff is cautioned that if he elects to file a motion for leave to amend after the stay is lifted, he must also file a proposed amended complaint.

Dated: September 10, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
daws0856.mta