UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC D. DAWSON,<br><br>            Plaintiff,<br><br>       v.<br><br>T. BEEBY, et al.,<br><br>            Defendants. | No.  2:19-cv-0856 TLN CKD P<br><br><br><br>ORDER |

On May 18, 2020, defendant Beeby filed a motion to revoke plaintiff's in forma pauperis status. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition, or statement of non-opposition, to the motion for revocation of his in forma pauperis status. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: June 22, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

daws0856.46osc